Robert Grafton, Respondent, v. John Oscar Ball, Appellant.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Rich and Putnam, JJ., concurred.

David Lackomowitz, Appellant, v. Jerome E. Bates and Leonard W. Bates, Copartners, etc., and Another, Respondents.— The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Judgment and order, in so far as they affect defendant McGonigle, affirmed, without costs; in so far as they affect the defendants Bates, reversed and new trial granted, with costs against appellants Bates to abide the event. (See Code Civ. Proc. § 507; *Ferguson* v. *Crawford*, 70 N. Y. 253; *Sinnott* v. *Hanan*, 156 App. Div. 323.) There is no pleading nor proof which makes it proper for us to pass upon the effect of a motion asserted to have been made in the Municipal Court to set aside the judgment on the ground that the defendant in that action was not served with summons; therefore, that question is left undetermined by this appeal. Jenks, P. J., Thomas, Stapleton and Rich, JJ., concurred.

Alice M. Lorenzen, as Administratrix, etc., of Peter Lorenzen, Deceased, Respondent, v. Edison Electric Illuminating Company of Brooklyn, Appellant.— Judgment and order reversed and new trial granted, costs to abide the event, on the ground that the verdict is against the weight of evidence. Thomas, Stapleton, Rich and Putnam, JJ., concurred; Jenks, P. J., not voting.

The People of the State of New York, Respondent, v. Samuel Rubino, Defendant. Giuseppe Pantoleno and Cogenta Pantoleno, Appellants.— Order of the County Court of Kings county affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ., concurred.

The People of the State of New York ex rel. William Archer, as County Treasurer of the County of Westchester, Respondent, v. The City of Yonkers, and Joseph Miller, as Comptroller of the City of Yonkers, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.

The People of the State of New York ex rel. William J. Fitzgerald, Respondent, v. Arthur Woods, as Police Commissioner of The City of New York, Appellant.— Order reversed, with ten dollars costs and disbursements, and relator's motion denied, with twenty-five dollars costs. See opinion in *People ex rel. Walter* v. *Woods* (*ante*, p. 3), decided herewith. Jenks, P. J., Thomas, Carr, Rich and Putnam, JJ., concurred.